# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXSIA BRADLEY, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) GERRESHEIMER GLASS, INC., ) ) Defendant. ) | Case No. 20-cv-2700 <br><br> Hon. Sara L. Ellis |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Alexsia Bradley and Defendant Gerresheimer Glass, Inc. ("Gerresheimer") hereby stipulate and agree, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses all claims against Gerresheimer in Plaintiff's Complaint, with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 29th day of July, 2020.

Respectfully submitted:

| /s/Mara Baltabos | /s/Erin Bolan Hines |
|---|---|
| David Fish | Melissa A. Siebert (masiebert@shb.com) |
| dfish@fishlawfirm.com | Erin Bolan Hines (ehines@shb.com) |
| Mara Baltabols | Jonathon M. Studer (jstuder@shb.com) |
| mara@fishlawfirm.com | SHOOK, HARDY & BACON LLP |
| THE FISH LAW FIRM, P.C. | 111 South Wacker Drive |
| 200 East Fifth Avenue, Suite 123 | Chicago, Illinois 60606 |
| Naperville, Illinois 60563 | Tel: (312) 704-7700 |
| Tel: 630.355.7590 | Fax: (312) 558-1195 |
| Fax: 630.778.0400 | |
| | *Defendant's Counsel* |
| *Plaintiff's Counsel* | |

**CERTIFICATE OF SERVICE**

    I certify that, on July 29, 2020, the foregoing was filed with the Court using the Court's electronic case filing system, which will send notification to all registered users.

                                                                                                 */s/ Erin Bolan Hines*
                                                                                   *Counsel for Defendant*