**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Alexsia Bradley
                                      Plaintiff,

v.                                                                      Case No.: 1:20−cv−02700
                                                                                     Honorable Sara L. Ellis

Gerresheimer Glass, Inc.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 7, 2020:

       MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulated dismissal with prejudice [23], this case is dismissed with prejudice and with each party to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.